

ACCEPTED
12-15-00204-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/18/2015 1:59:33 PM
Pam Estes
CLERK

# Allen W. Ross

## Attorney & Counselor at Law

142 W. 5th Street, Rusk, Texas 75785 (physical address)
P.O. Box 528, Jacksonville, Texas 75766 (mailing address)
903.683.2454 (voice) ▪ 903.683.2472 (fax)
www.arossatty.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/18/2015 1:59:33 PM
PAM ESTES
Clerk

# FAX FILING COVER PAGE

December 18, 2015

Janet Gates
Cherokee County District Clerk
135 S. Main Street, 2nd Floor
Rusk, Texas 75785
**SENT VIA FACSIMILE: 903.683.2971**

    Re:    No.19320; The State of Texas v. Rufus Johnson

Dear Clerk:

Attached please find the following documents for filing:

1. Motion to Extend Time to File Appellant's Brief

Please file the attached among the papers of this cause and return a file marked copy to me via email at kerian@arossatty.com or via fax to 903-683-2472.

Thank you for your courtesies in this regard.

Sincerely,

Kerian Bearden
Legal Secretary to Allen W. Ross

cc:

    District Attorney
    **SENT VIA FAX: 903.683.2309**

**Confidentiality Notice:** this fax transmission and the documents accompanying it may contain confidential information belonging to the sender, which is protected by attorney/client privilege. If you are nit the intended recipient of this communication, you are hereby notified that any disclosure, copying, distribution or taking any action on reliance of the contents of this information is strictly prohibited. If you have received this ax in error, please immediately notify this office by telephone at 903-683-2454

| RUFUS JOHNSON | § | IN THE COURT OF APPEALS |
| VS. | § | TWELFTH DISTRICT |
| STATE OF TEXAS | § | CHEROKEE COUNTY, TEXAS |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes RUFUS JOHNSON, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 2nd Judicial District Court of Cherokee County, Texas.

2. The case below was styled the State of Texas Vs. RUFUS JOHNSON, and numbered 19320.

3. Appellant was convicted of Evading Arrest with a Vehicle (Habitual).

4. Appellant was assessed a sentence of 24 years of confinement in the institutional division, TDCJ on July 15, 2015.

5. Notice of appeal was given on July 20, 2015.

6. The clerk's record was filed on August 18, 2015; the reporter's record was filed on October 14, 2015.

7. The appellate brief is presently due on December 14, 2015.

8. Appellant requests an extension of time of 28 days from the present date, i.e. January 15, 2016.

9. This is the second request for extension to file the brief filed in this cause.

10. Defendant is currently incarcerated.

11. Counsel for Defendant has had an influx of contested cases and Court hearings and has not had sufficient time to review the reporter's record and the facts of this case.

12. Counsel requests this extension not for the sole purpose of delay but so that justice may be done.

13.  Counsel has conferred with the prosecuting attorney who has indicated that she does not object to this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ALLEN W. ROSS
Attorney at Law
142 West 5th Street
Rusk, Texas 75785
903.683.2454 (voice)
903.683.2472 (fax)
allen@arossatty.com

By: _____
ALLEN W. ROSS
State Bar No. 00788324
Attorney for RUFUS JOHNSON

## CERTIFICATE OF SERVICE

This is to certify that on December 18, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cherokee County, Texas, by facsimile transmission to 903.683.2309.

_____
ALLEN W. ROSS

**HP Officejet Pro 8600 N911g Series**

**Fax Log for**
Allen W. Ross
9036832472
Dec 17 2015 2:41PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Dec 17 | 2:38PM | Fax Sent | 9036832971 | 1:06 N/A | 3 | OK |
| Dec 17 | 2:40PM | Fax Sent | 9036832309 | 1:10 N/A | 3 | OK |